IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARY L. TATE-GATES, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 14-00174-KD-N |
| | ) |
| **CLARKE COUNTY HEALTH CARE** | ) |
| **AUTHORITY, d/b/a GROVE HILL** | ) |
| **MEMORIAL HOSPITAL, INC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge, made under 28 U.S.C. § 636(b)(1)(B) and dated June 25, 2014, (doc. 24) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute and comply with the Court's orders.

**DONE** this 22nd day of July 2014.

                                               /s/ Kristi K. DuBose
                                               KRISTI K. DuBOSE
                                               UNITED STATES DISTRICT JUDGE